AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>**Joe VELASQUEZ III**<br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. **21 MJ 1228** |

**FILED**

United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ see attached affidavit _____ in the county of _____ Bernalillo _____ in the _____ District of _____ New Mexico _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code,<br>Section 922(a)(1)(A) | Title 18, United States Code, Section 922(a)(1)(A) for any person except a licensed importer, licensed manufacturer, or licensed dealer, to engage in the business of importing, manufacturing, or dealing in firearms |

This criminal complaint is based on these facts:

See the attached affidavit of ATF Special Agent Brenton Hutson, which is incorporated by reference

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brenton Hutson, ATF Special Agent
*Printed name and title*

Telephonically sworn and electronically submitted.

Date: _____ August 18, 2021 _____

_____
*Judge's signature*

City and state: _____ Albuquerque, New Mexico _____

Hon. Laura Fashing, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brenton Hutson, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since January 2020. I am a United States Marine Corps Veteran, to include one combat deployment, and am also a graduate of the University of Colorado, holding a Bachelor's Degree in Nonprofit Management and a Master's Degree in Public Administration. I previously worked in the field of human services for approximately seven years, managing programs designed to assist individuals struggling with homelessness, severe mental illness, and substance use disorders. I have also attended and graduated from the Federal Law Enforcement Training Center and the ATF National Academy.

2. I have training and experience investigating violations of federal law. As a result of my training and experience as an ATF Special Agent, I am familiar with the Federal criminal laws and know that it is a violation of:

> a. Title 18, United States Code, Section 922(a)(1)(A) for any person except a licensed importer, licensed manufacturer, or licensed dealer, to engage in the business of importing, manufacturing, or dealing in firearms

3. I am familiar with the information contained in this Affidavit based upon the investigation that I have conducted, on my conversations with other law enforcement officers or industry operations investigators who have engaged in various aspects of this investigation, and based upon my review of reports written by other law enforcement officers involved in this investigation. Because this Affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are relevant to determination of probable cause to support the issuance of the requested warrant. When the statements of others are set forth in this Affidavit, they are set forth in substance and in part.

4. Based on my training and experience and the facts set forth in this Affidavit, there is probable cause to believe that Joe VELASQUEZ committed violations of Title 18, United States Code, Section 922(a)(1)(A) – that being for any person except a licensed importer, licensed manufacturer, or licensed dealer, to engage in the business of importing, manufacturing, or dealing in firearms.

1

## SUMMARY OF PROBABLE CAUSE

### Review of Records and Confirmation of Non-Licensed Status

5. From July 9, 2021 to July 30, 2021, I conducted an initial review of eTrace records which identified VELASQUEZ as the original retail purchaser of thirteen firearms recovered in connection with suspected criminal activity. As ten of the recovered firearms were associated with a short time-to-crime – that being the length of time from the original retail purchase to the date the firearm was recovered in association with suspected criminal activity – I began investigating VELASQUEZ's firearms purchase history.

6. During the same timeframe, I retrieved ATF Form 4473 Firearms Transaction Records originating from local Federal Firearms Licensees (FFLs) – specifically, JCT Firearms, ABQ Guns, and Valley Pawn. These records reflected approximately twenty-five firearms as having been transferred to VELASQUEZ. Initially identified transfers to VELASQUEZ from ABQ Guns took place between August 14, 2019 and June 25, 2021; from JCT between April 17, 2018 and April 13, 2019; and from Valley Pawn on February 26, 2020.

7. On each of the reviewed ATF Form 4473s, VELASQUEZ appeared to indicate he was the actual transferee/buyer of the listed firearms, and signed a certification warning, in part, "I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law."

8. On August 2, 2021, I confirmed with ATF Industry Operations Investigator (IOI) Nicholas Melidones that VELASQUEZ was not a Federal Firearms Licensee.

### Interview of VELASQUEZ

9. On July 29, 2021, myself and SA Erica Rosenblum interviewed VELASQUEZ in reference to the twenty-four firearms identified as having been transferred to VELASQUEZ. VELASQUEZ estimated he owned only two to four firearms at the time of the interview, and initially estimated he had purchase only five firearms between 2018 and the date of the interview.

10. While VELASQUEZ initially denied profiting from the sale of firearms, over the course of the interview VELASQUEZ admitted to repeatedly purchasing firearms and then reselling them, at times profiting from the sale so that he could buy other firearms, pay bills, and purchase firearms accessories. VELASQUEZ explained he used Jason's Guns, known to me as a website used to facilitated firearms transactions, to coordinate the selling or trading of firearms. At one point, VELASQUEZ specifically stated, "I know Glocks, they always sell." In total, VELASQUEZ admitted to selling approximately thirteen or fourteen firearms and profiting, or intending to profit, from the sale of approximately eight or nine of the firearms. VELASQUEZ also indicated he keeps records regarding his firearms transactions. These admissions are summarized in the table below:

| Transfer Date | FFL | Firearms Transferred to VELASQUEZ | VELASQUEZ Indicated Actual Buyer Transferee | VELASQUEZ Signed Certification Statement | VELASQUEZ Admitted Selling Firearm | VELASQUEZ Admitted Profit |
|---|---|---|---|---|---|---|
| 06-22-2021 | ABQ Guns | Glock G19 Gen3 9mm Pistol (SN: BCKZ361) | Yes | Yes | Yes | Yes (estimated $40 profit) |
| 06-25-2021 | ABQ Guns | Glock G17 Gen3 9mm Pistol (SN: VPU456) | Yes | Yes | | |
| 08-14-2019 | ABQ Guns | Glock G17 9mm Pistol (SN: NDW517) | Yes | Yes | Yes | Indicated he intended to make money when he sold it |
| 11-06-2019 | ABQ Guns | Polymer 80 PF C9-COB GLK 19/23 Serialized 9mm Frame (SN: CA07216) | Yes | Yes | Yes | Indicated he broke even |
| 11-08-2019 | ABQ Guns | Grey Ghost GGP-CP 9mm Pistol (SN: GGC0490) | Yes | Yes | Yes | Indicated he tried to profit, could not recall if he did. |
| 11-11-2019 | ABQ Guns | Windham Weaponry WW-15 MULTI Caliber Rifle (SN: WW122802) | Yes | Yes | Could not recall if he traded or sold it | |
| 10-28-2020 | ABQ Guns | Glock G45 FXD 9mm Pistol (SN: BRKF897) | Yes | Yes | Could not recall if he traded or sold it, then indicated he sold it | Indicated he tried to profit, could not recall if he did. |
| 04-17-2018 | JCT | Anderson AM-15 MULTI Caliber Receiver (SN: 15123374) | Yes | Yes | Yes | Yes - didn't seem to specifically recall, but said "I'm sure I did" when asked if he made money |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | on this firearm. |
| 04-23-2018 | JCT | SPIKES ST-15 MULTI Caliber Receiver (SN: NSL104461) | Yes | Yes | | |
| 08-31-2018 | JCT | Taurus M-85 .38 Special Caliber Revolver (SN: KN82763) | Yes | Yes | Yes | |
| 08-30-2018 | JCT | FNS FNS-9 9mm Pistol (SN: GKU0154421) | Yes | Yes | Yes | |
| 10-13-2018 | JCT | Glock G45 9mm Pistol (SN: BHZH929) | Yes | Yes | | |
| 10-6-2018 | JCT | Glock G30 9mm (believed to actually be .45) Pistol (SN: BEDT016) | Yes | Yes | Yes | Yes |
| 11-11-2018 | JCT | 1) Glock 17gen4 9mm Pistol (SN: BERK489) 2) Remington 1911 .45 ACP Pistol (SN: RHH045427) | Yes | Yes | | |
| 02-11-2019 | JCT | Galil ACE 7.62x39 Pistol (SN: G0007105) | Yes | Yes | Yes | Yes (estimated $75 profit) |
| 02-20-2019 | JCT | Glock G17 9mm Pistol (SN: BCPP027) | Yes | Yes | Yes (or traded it) | |
| 03-04-2019 | JCT | Glock G19x 9mm Pistol (SN: BFRB991) | Yes | Yes | Yes | |
| 03-11-2019 | JCT | Glock G17 9mm Pistol (SN: BGTV994) | Yes | Yes | Yes | Yes (estimated $50 profit) |
| 03-13-2019 | JCT | Glock G17 9mm Pistol (SN: BEYX851) | Yes | Yes | | |

| 04-02-2019 | JCT | I.O. Inc. M-10 7.62x39 Rifle (SN: MA-27009-18RO) | Yes | Yes | Did not clearly state he sold it, but indicated he may have profited. | Indicated he may have made $100 |
|---|---|---|---|---|---|---|
| 04-08-2019 | JCT | CZ USA P10 9mm Pistol (SN: C528770) | Yes | Yes | Yes | |
| 04-09-2019 | JCT | Glock G34 9mm Pistol (believed to actually be .45) (SN:YSG898) | Yes | Yes | | |
| 04-13-2019 | JCT | Glock G19 9mm Pistol (SN: BEYN027) | Yes | Yes | | |
| 02-26-2020 | Valley Pawn | Glock 26 9mm Pistol (SN: BEUM472) | Yes | Yes | | |

11. Regarding the Glock firearms purchased or transferred from ABQ Guns on June 22, 2021 and June 25, 2021, VELASQUEZ originally indicated he loaned one of the firearms to an individual whose identity is known to me, and who I will refer to as DV who VELASQUEZ recalled meeting at JCT Firearms. VELASQUEZ later admitted he sold this firearm to DV, but denied DV asked VELASQUEZ to buy the firearm for him. VELASQUEZ later indicated he had sold a 'few' (understood to mean firearms) to DV.

### Interview of DV

12. On August 4, 2021, I traveled to JCT Firearms and interviewed DV who identified himself/herself as a part-time store employee. DV indicated VELASQUEZ also worked at JCT Firearms in a part-time capacity, and they had met each other through common association with the store.

13. DV explained VELASQUEZ was knowledgeable regarding Glocks (known to me to commonly refer to Glock pistols) and AR-type firearms (known to me to refer to firearms based upon the AR rifle or pistol platform, which is commonly associated with M16 variants used by the United States military), and that VELASQUEZ would give him/her good deals on firearms. DV indicated VELASQUEZ had sold him/her approximately four firearms over the past year – three Glocks and one AR, with DV estimating he/she paid between $450 and $600 per Glock and $600 for the AR.

5

## Interview of JT

14. On August 16, 2021, I conducted an interview of an individual whose identity is known to me, and who I will refer to as JT, owner of JCT Firearms. JT indicated VELASQUEZ had worked for JCT Firearms for approximately three to four years prior to the date of the interview, sometimes on a volunteer capacity and sometimes in exchange for financial compensation or credit towards items VELASQUEZ had on layaway with JCT Firearms. VELASQUEZ did not have an official title with JCT Firearms, and was not an official employee 'on paper.' He acted essentially as a general helper – assisting with sales, showing guns, carrying ammunition, and handing customers ATF Form 4473 Firearms Transaction Records (though not processing the forms himself).

15. JT affirmed VELASQUEZ had either been trained or had been notified by JCT Firearms personnel regarding applicable laws and regulations associated with Federal Firearms Licensees, to include identifying straw purchasers and the consequences of unlicensed dealing.

## Review of Additional Records and Subsequent Interviews

16. From August 17, 2021 to August 18, 2021 I conducted a review of invoices provided to me by JCT firearms which identified VELASQUEZ as having purchased approximately eight firearms between January 9, 2021 and May 8, 2021.

17. During the same timeframe, I conducted a review of records provided to me by ABQ Guns which reportedly represented firearms transfers conducted between VELASQUEZ and other individuals through ABQ Guns. I will note that not all FFLs maintain documentation of transfers between private parties in the detailed fashion of ABQ Guns. This documentation allowed valuable insights into the specifics of dates of transfers, identities of private parties involved in the transfers, and specific details of the firearms being transferred. This review identified approximately twelve firearms as having been transferred from VELASQUEZ to other individuals between August 13, 2019 and June 22, 2021. Many of the firearms transferred through ABQ Guns were not previously identified in this investigation, and their original source and date of purchase remains unknown at this time with the exception of two firearms described below.

18. Two of the firearms transferred to other parties by VELASQUEZ through ABQ Guns appeared to have been purchased by VELASQUEZ shortly before at JCT Firearms. These firearms were identified as:

    a. Diamondback DB10 .308 Rifle (SN: DB-1105033)
        i. Purchased from JCT Firearms on: January 9, 2021
        ii. Transferred to: individual hereafter identified as GS on January 26, 2021 via ABQ Guns
    b. Sig Sauer 9mm Pistol (SN: 24D025089)
        i. Purchased from JCT Firearms on: January 20, 2021
        ii. Transferred to: individual hereafter identified as JZ on January 26, 2021 via ABQ Guns

6

19. On August 18, 2021, I spoke to GS, by telephone at approximately 10:21 AM. GS recalled having met VELASQUEZ through the Jason's Guns website and purchasing the DB10 firearm from VELASQUEZ via ABQ Guns. GS indicated VELASQUEZ had provided him/her with the firearm, three magazines, and approximately two hundred to two hundred and fifty rounds of mixed ammunition for approximately $1,100.00. GS indicated he/she may have some text messages or emails relating to the transaction, but did not immediately provide them to me at the time of the interview.

20. On August 18, 2021, SA Hutson spoke to an individual whose identity is known to me, and who I will refer to as JZ, by telephone (contacted at 505-377-0689) at approximately 10:33 AM. JZ recalled purchasing a Sig Sauer SP-2022 firearm from VELASQUEZ, having met VELASQUEZ through the Jason's Guns website. JZ estimated he/she purchased the firearm for approximately $500.00, but denied having documentation such as text messages or emails in which the price was agreed upon. JZ denied purchasing other firearms from VELASQUEZ.

## CONCLUSION

21. Based on the foregoing facts, I submit there is probable cause to believe *Joe VELASQUEZ* has committed violations of Title 18, United States Code, Section 922(a)(1)(A) – that being for any person except a licensed importer, licensed manufacturer, or licensed dealer, to engage in the business of importing, manufacturing, or dealing in firearms.

22. I respectfully request a warrant be issued for his arrest.

Respectfully submitted,

Brenton M. Hutson, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Electronically submitted and telephonically sworn, this 18th day of August, 2021

The Honorable Laura Fashing
United States Magistrate Judge

7