# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing

Initial Appearance/Preliminary/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | MJ 21-1228 LF | UNITED STATES vs. VELASQUEZ | |
| Hearing Date: | 8/26/2021 | Time In and Out: | 10:12-10:32 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Hondo - Remote |
| Defendant: | Joe Velasquez III | Defendant's Counsel: | William Waggoner |
| AUSA: | Niki Tapia Brito | Pretrial/Probation: | Mindy Pirkovic |
| Interpreter: | | Witness: | |

## Initial Appearance

- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant has retained counsel
- ☐ Government moves to detain           ☒ Government does not recommend detention
- ☐ Set for _____ on _____ @ _____

## Preliminary/Show Cause/Identity

- ☒ Defendant waives Preliminary Hearing
- ☒ Court finds probable cause           ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives Detention Hearing
- ☐

## Custody Status

- ☐ Defendant
- ☒ Conditions of release imposed

## Other

- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☒ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to _____ for Final Revocation Hearing
- ☐