IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO.  21-MJ-1228 |
| ) | |
| **JOE VELASQUEZ, III**, ) | |
| ) | |
| Defendant. ) | |

**RESPONSE TO ORDER TO SHOW CAUSE**

The United States of America, by and through its counsel, Presiliano Torrez, responds to the court's request for information in connection with the order to show cause as follows:

1. The parties prior to the running of the time on this matter discussed extending the time within which to present the matter to a grand jury. The deadline was not met because of lack of resources and unforeseen circumstances.

2. The initial waiver of preliminary hearing, and request for tolling of grand jury presentment and waiver of detention hearing was filed in this matter on September 10, 2021. [Doc.11]

3. The order granting defendant's request for tolling of grand jury presentment was entered on September 15, 2021 and extended the time until December 8, 2021. [Doc.13]

4. Despite the understanding of the parties a motion and order were not entered on December 8, 2021. The parties discussed the matter, and a motion and order were to be filed.

5. Due to the illness and hospitalization of a member of Mr. Waggoner's staff, that is his primary paralegal, the motion was not filed until December 22, 2021, and apparently no accompanying order was filed.

6. Undersigned counsel was not aware that the order had not been entered on December 22, 2021 since he was out of the office beginning on December 17, 2021 and is still out as of this date.

7. The parties have discussed the matter various times and in good faith, and the United States Attorney has even offered and given its assistance to defense counsel and his staff.

8. It is still the intent of the parties that the grand jury waiver for the presentation to the grand jury should be extended since the investigation has continued and expanded. The defendant has been out on conditions during this whole time.

9. The parties have continued to discuss the settlement of the case without indictment and believe that such a resolution can be obtained.

10. Hence, the parties urge the court to enter an order to the new motion granting the requested extension, or alternatively to enter dismissal of the complaint without prejudice.

Wherefore, the United States respectfully requests that the court grant extension or alternatively dismiss the complaint without prejudice.

Respectfully Submitted,

FRED J. FEDERICI
United States Attorney

/s/ Presiliano A, torrez
PRESILIANO A. TORREZ
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274

I hereby certify that on the 14th day of January 2022,
I filed the foregoing document using CM/ECF
Which caused the following parties or counsel to
be served by electronic means, as more fully reflected
on the Notice of Electronic filing.

/s/
Presiliano A. Torrez
Assistant United States Attorney