FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 03 2022

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR NO. 22-CR-0880 JB |
| ) | |
| vs. ) | 18 U.S.C. §§ 922(a)(1)(A) and 924: |
| ) | Dealing in Firearms Without a License. |
| **JOE VELASQUEZ III**, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

Between August 30, 2018, and July 30, 2021, in Bernalillo County, in the District of New Mexico, the defendant, **JOE VELASQUEZ III**, not being a licensed dealer, did willfully engage in the business of dealing in firearms.

In violation of 18 U.S.C. §§ 922(a)(1)(A) and 924.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

TIMOTHY TREMBLEY
Assistant United States Attorney